UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE: Anthony & Gwendolyn Smith,   CHAPTER 13

Debtors.                              CASE NO. 17-50159-KKS

**NOTICE OF ADEQUATE PROTECTION PURSUANT
TO STANDING ORDER NO. 19 (2013 Mercedes E350)**

To:   Mercedes-Benz Financial Service USA LLC
      c/o BK Servicing, LLC
      PO Box 131265
      Roseville, MN 55113-0011

NOTICE IS HEREBY GIVEN that Debtors adequate protection payment is $551.63.  This amount shall be paid by the Chapter 13 Trustee to the above named creditor effective the date of this Notice.

This amount has been calculated by dividing $33,097.64 by 60.  The Trustee is authorized to begin Adequate Protection payments effective the date of this notice or as soon as practicable thereafter.

The Trustee is authorized to take her percentage fee as each payment is made.  Any motion filed pursuant to this notice shall be filed with the Clerk, U.S. Bankruptcy Court, Northern District of Florida, 110 East Park Avenue, Suite 100, Tallahassee, FL 32301 and copies shall be provided to the undersigned attorney for debtor(s), and to Leigh D. Hart,

either by electronic email or at Chapter 13 Trustee, Post Office Box 646, Tallahassee, FL 32302.

Dated: This \_\_\_\_ day of December 2017.

_____
Martin S. Lewis, FL Bar No. 0100587
Steven D. Jurnovoy, FL Bar No. 938221

**OF COUNSEL:**
Lewis & Jurnovoy, P.A.
1100 North Palafox Street
Pensacola, FL 32501
Telephone (850) 432-9110
Facsimile (850) 433-8794

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on the above named addressee(s) by United States Mail and Leigh D. Hart, Chapter 13 Trustee; ldhecf@earthlink.net by electronic email on this \_\_\_\_ day of December 2017.

_____
Of Counsel

2